ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✜PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendant. | Case No. 3:09-cv-02757-~~EDL~~<br><br>~~REQUEST FOR~~ **DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Charley Brown v. General Electric Company*, United States District Court, Eastern District of Pennsylvania, 5:09-cv-80024-ER |

    The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///

1
~~REQUEST FOR~~ DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:09-cv-02757-EDL

| | | |
|---|---|---|
| Dated: August 27, 2012 | | BRAYTON❖PURCELL LLP |

By:<u>s/ David R. Donadio</u>
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiff

Dated: 8/27/12

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: *(signature)*
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: September 4, 2012.

SO ORDERED:

*(signature)*
William Alsup
United States District Court