ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEY BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendant. | Case No. 3:09-cv-02757-~~EDL~~<br><br>~~REQUEST FOR~~ **DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Charley Brown v. General Electric Company,* United States District Court, Eastern District of Pennsylvania, 5:09-cv-80024-ER |

　　　　The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: August 27, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | Email: DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
| | | Attorneys for Plaintiff |
| 8 | | |
| 9 | | |
| 10 | Dated: 8/27/12 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP |
| 11 | | |
| 12 | | |
| 13 | | By: |
| 14 | | DEREK S. JOHNSON |
| | | Attorneys for Defendant |
| 15 | | GENERAL ELECTRIC COMPANY |
| 16 | | |
| 17 | | |
| 18 | Dated: September 4, 2012. | SO ORDERED: |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | William Alsup |
| | | United States District Court |